United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. HAMILTON, | No. C 09-1494 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| F. GONZALEZ, warden, | |
| Respondent. | |

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the limitations period in 28 U.S.C. § 2244(d)(1).

IT IS SO ORDERED AND ADJUDGED.

DATED: October 26, 2009

_____
SUSAN ILLSTON
United States District Judge