UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DENNIS L. HAMILTON,  No. C 09-1494 SI (pr)

    Petitioner,  **ORDER**

  v.

F. GONZALEZ, warden,

    Respondent.

    Petitioner filed a notice of appeal, request for a certificate of appealability, motion for appointment of counsel, and motion to proceed in forma pauperis on appeal.

    The application for a certificate of appealability is DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). (Docket # 15.)

    The motion for appointment of counsel is DENIED. (Docket # 17.) In light of the dismissal of the petition and the denial of the certificate of appealability, this court sees no probability of success for petitioner such that appointment of counsel would be appropriate.

    Petitioner's motion to proceed in forma pauperis on appeal is DENIED for failure to provide the financial information required by Federal Rule of Appellate Procedure 24(a). (Docket # 16.) This denial is without prejudice to him filing a request in the U.S. Court of Appeals for the Ninth Circuit to proceed in forma pauperis on appeal. See Fed. R. App. P. 24(a)(5).

1  The clerk shall forward to the court of appeals the case file with this order. See <u>United States v. Asrar</u>, 116 F.3d 1268, 1270 (9th Cir. 1997).

3  IT IS SO ORDERED.

4  DATED: December 1, 2009

_____
SUSAN ILLSTON
United States District Judge